**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 13, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 04-11282

---

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee

    v.

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, ETC., ET AL
                                        Defendants

DAVID J STRACHMAN, in his capacity as administrator of the Estate
of Yaron Ungar; DVIR UNGAR; YISHAI UNGAR; JUDITH UNGAR; MEIR
UNGAR; MICHAL COHEN; AMICHAI UNGAR, DAFNA UNGAR

                                        Appellants

- - - - -
Appeal from the United States District Court for the
Northern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion April 4, 2006, 5 Cir., 2006, _____F.3d____)

(November 13, 2006)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
         BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS,
         CLEMENT, PRADO and OWEN, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.